## CLIFFORD L. WICKMAN *v.* CYRIL BOHLE
[No. 81, October Term, 1937.]

*Decided January 13th, 1938.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*Roscoe C. Rowe,* with whom was *C. Ferdinand Sybert* on the brief, for the appellant.

*J. Gilbert Prendergast* and *Roszel C. Thomsen,* with whom were *James Clark* and *Walter L. Clark,* on the brief, for the appellee.

BOND, C. J., delivered the opinion of the Court.